IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIE HOLLOWAY,

    Petitioner,               No. CIV S-09-1088 MCE KJM P

    vs.

D.K. SISTO,

    Respondents.           <u>ORDER</u>

_____/

        Petitioner is a state prison inmate proceeding pro se with a petition for a writ of habeas corpus challenging a denial of parole. On August 20, 2009, an inmate purporting to act on petitioner's behalf filed a motion to dismiss, claiming that petitioner had been paroled.

        IT IS THEREFORE ORDERED that, within twenty days of the date of this order, petitioner inform the court if he desires to continue with this action. Failure to respond will result in a recommendation that the action be dismissed.

DATED: September 30, 2009.

                                                          U.S. MAGISTRATE JUDGE

2: holl1088.osc

1